## JOE QUICK v. STATE.

No. A-10272.   Oct. 14, 1942.

(130 P. 2d 102.)

Gordon Johnston and M. J. Parmenter, both of Oklahoma City, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., and Sam H. Lattimore, Asst. Atty. Gen., for defendant in error.

PER CURIAM.   The facts in this case are identical with the facts in the case of Joe Quick v. State, 75 Okla. Cr. 241, 130 P. 2d 101, decided this day, the 14th day of October, 1942, and for the reasons therein stated, the judgment and sentence of the court of common pleas of Oklahoma county is reversed and remanded.